UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WALTER C RUMAN,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>　　　　Defendant(s). | NO. 2:19-cv-00854-MJP |

**ORDER**

Based on the foregoing Unopposed Motion for Additional Time to Respond to Motion to Dismiss, it is hereby ORDERED that Plaintiff shall have until November 20, 2019 to file his Response to the Motion to Dismiss (Doc. 20) previously filed herein by Defendant FDIC.

　　　　It is so ORDERED.

　　　DATED this _22nd_ day of _October_, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　United States Senior District Judge