|     |     |
| --- | --- |
| HONORABLE MARSHA J. PECHMAN | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
| --- | --- |
| WALTER C RUMAN,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Washington Mutual Bank, F.A., Henderson, Nevada,<br><br>　　　　Defendant(s). | NO. 2:19-cv-00854-MJP<br><br>**ORDER GRANTING FEDERAL DEPOSIT INSURANCE CORPORATION'S UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER AND STAY OF DISCOVERY** |

THIS MATTER came before the Court on Federal Deposit Insurance Corporation's Unopposed Motion for Modification of Scheduling Order and Stay of Discovery ("Motion"), filed by Defendant Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank, F.A., Henderson, Nevada ("FDIC-R"). The Court reviewed the pleadings on file herein regarding the Motion.

Based on the foregoing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the FDIC's Motion is **GRANTED**. All discovery and other case management deadlines in this case hereby are **STAYED** pending the Court's decision on FDIC-R's pending Motion to

ORDER GRANTING FEDERAL DEPOSIT INSURANCE
CORPORATION'S UNOPPOSED MOTION FOR MODIFICATION OF
SCHEDULING ORDER AND STAY OF DISCOVERY - 1

Dismiss, **PROVIDED, HOWEVER**, that this Order does not impact the date of trial in this action.

DATED this 22nd day of __October__, 2019.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

FOSTER GARVEY PC

By *s/Daniel J. Vecchio*
Daniel J. Vecchio, WSBA #44632
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, WA 98101
(206) 464-3939
Daniel.vecchio@foster.com
*Attorneys for Defendant*
*Federal Deposit Insurance Corporation*

FEDERAL DEPOSIT INSURANCE CORPORATION

By *s/Wendy Kloner (with permission)*
Wendy Kloner, *Conditionally Admitted Pursuant to LCR 83.1(c)(2)*
Counsel, Legal Division
Federal Deposit Insurance Corporation
3501 Fairfax Drive Room D-7076
Arlington, VA 22226
(703) 562-2391
WKloner@fdic.gov
*Attorneys for Defendant*
*Federal Deposit Insurance Corporation*